JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-0910
  FAX: (408) 535-5066
  Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00747 JF |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE FROM JUNE 17, 2010 TO JUNE 24, 2010 |
| v. | |
| ANTONIO MEJIA-LOPEZ, | |
|     Defendant. | Date:    June 17, 2010<br>Time:   9:00 a.m.<br>Court:  The Hon. Jeremy Fogel |

    On May 6, 2010, this Court entered an Order setting June 17, 2010 as the date for a further status conference in the above-captioned matter and excluded time through June 17, 2010. After that date, defense counsel realized that he had a professional obligation that conflicted with the date set for the status conference. The parties jointly request to continue and reset the status conference for defendant Antonio Mejia-Lopez to June 24, 2010 at 9:00 am. The parties agree that time between June 17, 2010 through June 24, 2010 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) for

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 07-00747 JF]

1 | continuity of counsel and in the interests of justice.

2 | SO STIPULATED:

4 | JOSEPH P. RUSSONIELLO
United States Attorney

6 | DATED: June 14, 2010          \_\_\_/s/_____
ALLISON MARSTON DANNER
7 | Assistant United States Attorney

9 | DATED: June 14, 2010          \_\_\_/s/_____
BRUCE C. FUNK
10 | Attorney for ANTONIO MEJIA LOPEZ

For the foregoing reasons, the Court continues the status conference in this case from June 17, 2010 until June 24, 2010 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and failure to do so would deny the defendant continuity of counsel, taking into account the exercise of due diligence.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from June 17, 2010 through June 24, 2010

SO ORDERED.

DATED: 6/16/10          _____
JEREMY FOGEL
United States District Court Judge