1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-0910
7     FAX: (408) 535-5066
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA,        )   No.  CR  09-00747 JF
                                      )
15 |      Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE STATUS
16 |   v.                             )   CONFERENCE DATE FROM JULY 29,
                                      )   2010 TO AUGUST 12, 2010
17 | ANTONIO MEJIA-LOPEZ,             )
                                      )
18 |      Defendant.                  )   Date:   July 29, 2010
                                      )   Time:   9:00 a.m.
19 |                                  )   Court:  The Hon. Jeremy Fogel
   |_____    )

20

21
       A status conference is currently scheduled for July 29, 2010 in the above-captioned matter.
22
   The parties continue to negotiate a potential disposition in this matter and need more time to
23
   accomplish this goal.  Therefore, the parties jointly request to continue and reset the status
24
   conference for defendant Antonio Mejia-Lopez to August 12, 2010 at 9:00 am.  The parties agree
25
   that time between July 29, 2010 through August 12, 2010 is properly excluded pursuant to the
26
   Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in
27
   the interests of justice.
28
   USA'S STIP. TO CONTINUE DATE
   FOR STATUS CONF.
   [CR 07-00747 JF]

1  SO STIPULATED:

3  JOSEPH P. RUSSONIELLO
   United States Attorney

5  DATED: July 27, 2010                    ___/s/_____
                                           ALLISON MARSTON DANNER
6                                          Assistant United States Attorney

8  DATED: July 27, 2010                    ___/s/_____
                                           BRUCE C. FUNK
9                                          Attorney for ANTONIO MEJIA LOPEZ

   For the foregoing reasons, the Court continues the status conference in this case from July 29, 2010 to August 12, 2010 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from July 29, 2010 through August 12, 2010

   SO ORDERED.

   DATED: 7/28/10                          _____
                                           JEREMY FOGEL
                                           United States District Court Judge