1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CABN 195046)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-0910
7     FAX: (408) 535-5066
      Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA,       )   No. CR 09-00747 JF
                                     )
15 |     Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE SENTENCING
16 |   v.                            )   DATE FROM NOVEMBER 4, 2010 TO
                                     )   NOVEMBER 18, 2010
17 | ANTONIO MEJIA-LOPEZ,            )
                                     )
18 |     Defendant.                  )   Date:   November 4, 2010
                                     )   Time:   9:00 a.m.
19                                   )   Court:  The Hon. Jeremy Fogel
                                     )
20

21     Sentencing in the above-captioned matter is currently scheduled for November 4, 2010.

22 Since the sentencing date was set, government counsel has learned that she will be out of town

23 on November 4, 2010.  Both defense counsel and the probation officer have indicated that they

24 are available on November 18, 2010, the date of this Court's next criminal calendar after

25 November 4.  Therefore, the parties jointly request to continue and reset the sentencing date for

26 //

27 //

28 //

USA'S STIP. TO CONTINUE
SENTENCING
[CR 09-00747 JF]

Case 5:09-cr-00747-EJD   Document 108   Filed 10/14/10   Page 2 of 2

defendant Antonio Mejia-Lopez to November 18, 2010 at 9:00 am.

SO STIPULATED:

                                                  MELINDA HAAG
                                                  United States Attorney

DATED: October 7, 2010                         ___/s/_____
                                                  ALLISON MARSTON DANNER
                                                  Assistant United States Attorney

DATED: October 7, 2010                         ___/s/_____
                                                  BRUCE C. FUNK
                                                  Attorney for ANTONIO MEJIA LOPEZ

     For the foregoing reasons, the Court continues the sentencing date in this case from November 4, 2010 to November 18, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 10/13/10                                         _____
                                                  JEREMY FOGEL
                                                  United States District Court Judge

USA'S STIP. TO CONTINUE
SENTENCING
[CR 09-00747 JF]                                  -2-